UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GALE E. WEST,

    Plaintiff,

v.

JOSEPH LEHMAN, *et al.*,

    Defendants.

Case No. C05-5239RBL

REPORT AND RECOMMENDATION

**NOTED FOR:**
**February 24th, 2006**

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff has paid the filing fee and is not proceeding *in forma pauperis.* (Dkt. # 1). Before the court is plaintiff's motion to withdraw the complaint without prejudice. (Dkt. # 12). The defendants do not oppose the motion. (Dkt. # 13).

Procedural History

    This action was commenced April 1st, 2005 when plaintiff paid the filing fee and the complaint was filed. (Dkt. # 1). An answer was filed August 15th, 2006. (Dkt. # 10). The court then filed a scheduling order. (Dkt. # 11). The time allotted for discovery in this action has just expired and dispositive motions are due on or before February 24th, 2006. (Dkt. # 11).

Discussion

    Plaintiff's motion must be made under Fed. R. Civ. P. 41(a)(1). Such motions must be made

REPORT AND RECOMMENDATION - 1

prior to the filing of an answer.  Here, an answer was filed by defendant over four months before the motion to dismiss.  (Dkt. # 10 and 12).  The court would not normally consider this motion as the motion is untimely.   Defendants have indicated they do not oppose dismissal without prejudice. (Dkt. # 13).  The motion should therefore be **GRANTED.**  A proposed order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **February 24th, 2006**, as noted in the caption.

DATED this 30th day of January, 2006.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2