1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GALE E. WEST,

               Plaintiff,

     v.

JOSEPH LEHMAN *et al*.,

               Defendants.

Case No.  C05-5239RBL

ORDER ADOPTING
REPORT AND
RECOMMENDATION

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **DISMISSED WITHOUT PREJUDICE** on plaintiff's motion.

(3)    Clerk is directed to send copies of this Order to plaintiff, counsel for defendants who have appeared, and to the Hon. J. Kelley Arnold.

    DATED this 24th day of February, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1